

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00518-CV

**PAVING & SEAL PRO** and Courtnay Brooks,
Appellants

v.

**MCCONNELL CARS & RV, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18929
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellee's brief was originally due November 28, 2016. This Court has granted appellee two extensions of time in which to file its brief. The current deadline was January 25, 2017. No appellee's brief, however, was filed. This appeal will be set "at issue" in ten days. If appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court